**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

OMNI HEALTHCARE INC.,
INTERVENTIONAL SPINE INSTITUTE
OF FLORIDA, CRAIG DELIGDISH, C.
HAMILTON BOONE, PA, et al,

      Plaintiffs,

v.                                         Case No:   6:13-cv-1509-Orl-37DAB

HEALTH FIRST, INC., HOLMES
REGIONAL MEDICAL CENTER, INC.,
HEALTH FIRST PHYSICIANS, INC.,
HEALTH FIRST HEALTH PLANS, INC.,
MICHAEL D. MEANS and JERRY
SENNE,

      Defendants.

## ORDER

Before the Court is the parties' Case Management Report (Doc. 51). The report indicates that the parties have not yet agreed upon a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator no later than June 30, 2014.

**DONE AND ORDERED** at Orlando, Florida this 5th day of June, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record