# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| **OMNI HEALTHCARE, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No: 6:13-cv-1509-Orl-37DAB |
| | ) | |
| **HEALTH FIRST, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFFS' WITNESS DISCLOSURE

| Name | Status |
|---|---|
| Ron Bechor (possibly by deposition)<br>Cigna HealthCare<br>255 Primera Blvd. #264<br>Lake Mary, FL 32746 | Definitely Will Call |
| Hamilton Boone, PA<br>301 E. Hibiscus Blvd.<br>Melbourne, FL 32904 | Definitely Will Call |
| Doris "Laverne" Cowling<br>505 Snug Harbor Drive<br>Merritt Island, FL 32953-6076 | Definitely Will Call |
| Heather Davis<br>1127 Mathers Street<br>Melbourne, FL 32935 | Definitely Will Call |
| Craig Deligdish, MD<br>1344 S. Apollo Blvd #303<br>Melbourne, FL 32901 | Definitely Will Call |
| Patrick Domkowski, MD<br>13837 US-1<br>Sebastian, FL 32958 | Definitely Will Call |
| Brian Dowdell, MD<br>308 S. Harbor City Blvd.<br>Melbourne, FL 32901 | Definitely Will Call |

| | |
|---|---|
| Joseph Felkner<br>6450 Highway 1<br>Rockledge, FL 32955 | Definitely Will Call |
| H.E. Frech III, Ph.D.<br>484 Arango Dr.<br>Santa Barbara, CA 93111 | Definitely Will Call |
| Richard Gayles, MD<br>595 N. Courtenay Pkwy # 101<br>Merritt Island, FL 32953 | Definitely Will Call |
| Stanley Golovac, MD<br>1951 SW 172 Ave. #314<br>Miramar, FL 33029 | Definitely Will Call |
| Lance Grenevicki, MD, DDS<br>1093 S. Wickham Road<br>Melbourne, FL 32904 | Definitely Will Call |
| Steven Johnson<br>6450 Highway 1<br>Rockledge, FL 32955 | Definitely Will Call |
| Raymond Kolins<br>2432 SE 33rd Street<br>Okeechobee, FL 34974-6704 | Definitely Will Call |
| Aleksander Komar, MD<br>2200 W. Eau Gallie Blvd #202b<br>Melbourne, FL 32935 | Definitely Will Call |
| Jonathan Lynard<br>3967 Mount Carmel Lane<br>Melbourne, FL 32901-8678 | Definitely Will Call |
| Michael Means, MD<br>c/o Daniel Cramer Brown<br>Carlton Fields Jorden Burt, PA<br>215 S. Monroe Street<br>Suite 500<br>Tallahassee, FL 32301 | Definitely Will Call |
| Emil Miller (by deposition)<br>4668 Bandera Place<br>Parker, CO 80134-4558 | Definitely Will Call |

| | |
|---|---|
| Stuart Mitchell<br>6450 US-1<br>Rockledge, FL  32955 | Definitely Will Call |
| Julius Nagy<br>5133 Outlook Drive<br>Melbourne, FL  32940 | Definitely Will Call |
| Steven Segre-Lewis<br>6450 US-1<br>Rockledge, FL  32955 | Definitely Will Call |
| Scott Seminer, MD<br>1334 Valentine Street<br>Melbourne, FL 32901 | Definitely Will Call |
| Jerry Senne<br>c/o Michael G. Tanner<br>Tanner Bishop<br>One Independent Drive<br>Suite 1700<br>Jacksonville, FL 32202 | Definitely Will Call |
| James Shaw<br>4000 Snowy Egret Dr.<br>Melbourne, FL 3290 | Definitely Will Call |
| Hal J. Singer, Ph.D.<br>Economics, Inc.<br>2121 K St., NW<br>Suite 1100<br>Washington, D.C. 20037 | Definitely Will Call |
| Charlda Sizemore<br>50 11th Avenue #101<br>Indialantic, FL 32903-3200 | Definitely Will Call |
| Peter Teraschi, MD<br>6100 Minton Road # 102<br>Palm Bay, FL 32907 | Definitely Will Call |
| Diana Tual<br>598 Ontario St., NW<br>Palm Bay, FL 32907 | Definitely Will Call |

This witness list is provided based on information known to Plaintiffs at this time. The Plaintiffs

reserve the right to update, supplement or revise this witness list as appropriate. The Plaintiffs also reserve their right to call any witness listed by the Defendants.