## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| OMNI HEALTHCARE, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 6:13-cv-1509-Orl-37DAB |
| ) | |
| HEALTH FIRST, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' WITNESS DISCLOSURE

| Name | Status |
|---|---|
| Frank Abbate<br>Brevard County Commission<br>2725 Judge Fran Jamieson Way<br>Viera, FL  32940 | May Be Called |
| Jeanne Benson<br>627 Adams Ave.<br>Cape Canaveral, FL 32920 | May Be Called |
| Bonnie Borland<br>6100 Minton Rd.<br>Palm Bay, FL 32907 | May Be Called |
| Jennifer Brady, MD<br>6450 US-1<br>Rockledge, FL  32955 | May Be Called |
| Mark Bobango<br>1344 S. Apollo Blvd #303<br>Melbourne, FL 32901 | May Be Called |
| Westanna Bobbitt<br>2485 Tuscarora Ct.<br>Melbourne, FL 32904 | May Be Called |

| | |
|---|---|
| Kevin Caves, Ph.D.<br>Economics, Inc.<br>2121 K St., NW<br>Suite 1100<br>Washington, D.C. 20037 | May Be Called |
| Brian Dunfee, MD<br>415 S. Wickham Rd. West<br>Melbourne, FL 32904 | May Be Called |
| Jamie Dwight<br>979 East Whitmire Dr.<br>Melbourne, FL 32935 | May Be Called |
| Ronald Eaglecloud<br>1755 Mills Ave.<br>Merritt Island, FL 32952 | May Be Called |
| Matthew Gerrell<br>6450 US-1<br>Rockledge, FL 32955 | May Be Called |
| Scott Gettings, MD<br>6450 US-1<br>Rockledge, FL 32955 | May Be Called |
| Ed Griese – by deposition<br>TriCare<br>Columbus, OH | May Be Called |
| Josesph Gurri, MD<br>6450 Highway 1<br>Rockledge, FL 32955 | May Be Called |
| Margaret Haney<br>7367 Gorda Peak Ct.<br>Melbourne, FL 32940-5968 | May Be Called |
| Richard Hynes, MD<br>2222 S. Harbor City Blvd. #610<br>Melbourne, FL 32901 | May Be Called |
| Issac Kalavaria, MD<br>1801 Arlington St #101<br>Sarasota, FL 34239 | May Be Called |

| | |
|---|---|
| Robert Kennedy, MD<br>415 S. Wickham Rd. West<br>Melbourne, FL  32904 | May Be Called |
| Bridget Mace<br>6450 US-1<br>Rockledge, FL  32955 | May Be Called |
| Joseph McClure, MD<br>1130 Hickory Street, #A<br>Melbourne, FL  32901 | May Be Called |
| Barbara Mennillo<br>2395 Stone Lake Dr.<br>Merritt Island, FL 32953 | May Be Called |
| George Mikitarian, Ph.D.<br>Parrish Medical Center<br>951 North Washington Ave.<br>Titusville, FL 32796 | May Be Called |
| Vasudeva Nalipreddy, MD<br>469 N. Harbor City Blvd.<br>Melbourne, FL  32935 | May Be Called |
| Kim Nowakowski<br>6450 US-1<br>Rockledge, FL  32955 | May Be Called |
| John Olinde, MD<br>1344 S. Apollo Blvd.<br>Melbourne, FL 32901 | May Be Called |
| Fran Pickett<br>458 St. Johns Dr.<br>Satellite Beach, FL | May Be Called |
| Jo Powell<br>6450 US-1<br>Rockledge, FL  32955 | May Be Called |

| | |
|---|---|
| Drew Rector<br>6450 US-1<br>Rockledge, FL  32955 | May Be Called |
| Robin Renkens<br>1621 Jinn Ct., SE<br>Palm Bay, FL 32909 | May Be Called |
| Mudanai Sabapathy, MD<br>6100 Minton Rd.<br>Palm Bay, FL 32907 | May Be Called |
| Ashwini Sahni, MD<br>1682 NE Pine Island Road<br>Cape Coral, FL  33909 | May Be Called |
| Arthur Springer<br>6450 US-1<br>Rockledge, FL  32955 | May Be Called |
| Jeffrey Sterling<br>6450 US-1<br>Rockledge, FL  32955 | May Be Called |
| Ronald Stern, MD<br>Melbourne, FL | May Be Called |
| Reinaldo Tirado<br>1344 S. Apollo Blvd.<br>Melbourne, FL 32901 | May Be Called |
| Andrew Weintraub<br>6450 US-1<br>Rockledge, FL  32955 | May Be Called |
| Peter Weiss, MD<br>2346 Worthington Road<br>Maitland, FL  32751-3654 | May Be Called |
| Private Investigator<br>(Name and Address unknown at this time) | May Be Called |

This witness list is provided based on information known to Plaintiffs at this time. The Plaintiffs reserve the right to update,  supplement or revise this witness list as appropriate.  The Plaintiffs also  reserve  their right to call any witness listed by the Defendants.