**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**OMNI HEALTHCARE INC.,
INTERVENTIONAL SPINE INSTITUTE
OF FLORIDA, CRAIG DELIGDISH, C.
HAMILTON BOONE, PA, BRIAN
DOWELL, RICHARD GAYLES, STAN
GOLOVAC, LANCE GRENEVICKI,
ALEKSANDER KOMAR, SCOTT
SEMINER, INSTITUTE OF FACIAL
SURGERY INC., THE PAIN INSTITUTE
INC. and PHYSICIAN ASSISTANT
SERVICES OF FLORIDA, LLC,**

      **Plaintiffs,**

v.                                                   **Case No:   6:13-cv-1509-Orl-37DAB**

**HEALTH FIRST, INC., HOLMES
REGIONAL MEDICAL CENTER, INC.,
HEALTH FIRST PHYSICIANS, INC.,
HEALTH FIRST HEALTH PLANS,
INC., MICHAEL D. MEANS and JERRY
SENNE,**

      **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the announcement of settlement by the parties on August 16, 2016 at trial.   Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   All pending motions are denied as moot and all deadlines are terminated.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 16th day of August, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:    Counsel of Record