IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| OMNI HEALTHCARE, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No: 6:13-cv-1509-Orl-37DAB |
| | ) | |
| HEALTH FIRST, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' AMENDED EMERGENCY MOTION FOR AN EXTENSION OF THE SIXTY DAY DISMISSAL ORDER UNTIL DECEMBER 4, 2016 AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs OMNI Healthcare, Inc., Interventional Spine Institute of Florida, Craig Deligdish, MD, Hamilton Boone, PA, Brian Dowdell, MD, Richard Gayles, MD, Stanley Golovac, MD, Lance Grenevicki, MD, Aleksander Komar, MD, Scott Seminer, MD, Institute of Facial Surgery, Inc., The Pain Institute, Inc., and Physician Assistant Services of Florida, LLC, ("the Plaintiffs") respectfully move this Court for an Order extending the time for the parties to enter a stipulated form of final order or judgment or to reopen the case for further proceedings until December 4, 2016. Plaintiffs file this amended motion solely to reflect that the Defendants are not taking a position on the motion, as reflected in the revised Certificate below.

**INCORPORATED MEMORANDUM OF LAW**

In support of this Motion, Plaintiffs state as follows:

After the commencement of trial in this matter, the parties were successful in resolving their differences, and advised this Court accordingly on August 16, 2016. That same day, pursuant to Local Rule 3.08, this Court entered an Order of Dismissal with Prejudice, dismissing

1

the case "subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form or final order or judgment; or, on good cause shown, to reopen the case for further proceedings." (Doc. 329) The sixty day period initially expired on Saturday, October 15, 2016. Plaintiffs' filed an Unopposed Motion for Extension of Time on October 15, 2016 (Doc. 331) requesting an extension of the sixty day period to October 31, 2016, which the Court granted on October 17, 2016 (Doc. 332), meaning that a motion for a final order or judgment, or to reopen the case would have to be filed by Monday, October 31, 2016. Plaintiffs' filed an additional Unopposed Motion for Extension of Time on October 31, 2016 (Doc. 333) requesting an extension of the sixty day period to November 15, 2016, which the Court granted on November 1, 2016 (Doc. 334), meaning that a motion for a final order or judgment, or to reopen the case would have to be filed by Tuesday, November 15, 2016.

The parties expect to finalize the terms of the settlement agreement this week. Considering the number of parties, however, it will take some time before it is fully executed. Plaintiffs expect payment of the settlement funds on or before December 4, 2016. Therefore, Plaintiffs respectfully request that this Court enter an Order extending the time in which parties can move to enter a stipulated form or final order or judgment, or to reopen the case for further proceedings for four days, until December 4, 2016. Plaintiffs do not anticipate needing to file a motion for any further extensions.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs conferred with Donny MacKenzie, counsel for Defendants, on November 15, 2016 and Defendants do not believe a further extension is necessary. Judge Feess entered his order in arbitration on November 14, 2016 establishing and determining the terms of settlement reached by the parties which resulted in a

2

full and complete settlement agreement. However, Defendants recognize that there appear to be ancillary disputes amongst the Plaintiffs. Defendants therefore take no position regarding the disputes which may exist amongst Plaintiffs and the motion for extension requested.

Dated: November 15, 2016

Respectfully submitted,

*/s/ Joe R. Whatley, Jr.*
**WHATLEY KALLAS, LLP**
Joe R. Whatley, Jr. (admitted *pro hac vice*)
Edith M. Kallas (admitted *pro hac vice*)
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
Email: ekallas@whatleykallas.com

Deborah J. Winegard
(admitted *pro hac vice)*
1068 Virginia Avenue, NE
Atlanta, GA 30306
Tel: (404) 607-8222
Fax: (404) 220-9625
Email: dwinegard@whatleykallas.com

Henry C. Quillen
(admitted *pro hac vice*)
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Derrick Jamie Carruth
(admitted *pro hac vice)*
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jcarruth@whatleykallas.com

**MORGAN & MORGAN, P.A.**
**Business Trial Group**
Damien H. Prosser
Florida Bar No. 521922
Jessica L. Thorson
Florida Bar No. 0091676
20 North Orange Avenue, Ste. 1600
Orlando, FL  32801
Tel: (407) 420-1414
Fax: (407) 245-3349
Email:  dprosser@forthepeople.com
Email:  jthorson@forthepeople.com

William B. Lewis
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
Tel:  (561) 278-6237
wlewis@forthepeople.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 15, 2016, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

                 */s/ Joe R. Whatley, Jr.*