**On Apr 3, 2017, at 22:29, craig deligdish <deligdish@msn.com>wrote:**

From: Alex Komar <akomar1@netscape.net>
Subject: Fwd: Settlement Offer-Confidential
Date: April 3, 2017 at 10:29:09 PM EDT
To: aslevine@msn.com

-----Original Message-----
> From: craig deligdish <deligdish@msn.com>
> To: lgrenevicki <lgrenevicki@yahoo.com>; 'Alex Komar' <akomar1@netscape.net>; freedoms <freedoms@reagan.com>
> Cc: 'Michael Crosbie' <mcrosbie@shutts.com>; 'Howard Shams' <hshams@parabellumcap.com>; 'Mark Bobango' <bobangom@omnihealthcare.com>
> Sent: Mon, Apr 3, 2017 9:49 pm
> Subject: Settlement Offer-Confidential

It is likely that Judge Dalton will rule on the Motion for Attorneys Fees, the Sanctions motion and the motion to compel within the week.

We, the OMNI plaintiffs made an offer to you weeks ago and have yet to receive a response. You continue to be responsible for the Whatley Kallas fees which continue to increase. (see attached statement).  Additionally, Cohen Milstein has filed a motion to intervene demanding payment of in excess $1,471,000.  Based on the most recent distribution statement the Boone plaintiffs are due in total $375,000  if you are willing to settle prior to Judge Dalton's order.  This would relieve you of the risk of further sanctions, fees and costs for the work performed by Whatley Kallas dating back to 8/16, the costs of arbitration, the costs related to your non-monetary damages and the responsibility to pay Cohen and Milstein for their charging lien.

Let me or your attorney know if this offer ($375,000) or the offer made by Whatley Kallas is acceptable to you. Your attorney can communicate with Mike Crosbie directly, who is copied on this email.  This offer will be good for 72 hours, or until Judge Dalton rules, whichever comes sooner.

### **On Apr 4, 2017, at 22:30, Adam S. Levine <aslevine@msn.com> wrote:**

From: "Adam S. Levine" <aslevine@msn.com>
Subject: Boone Plaintiffs Acceptance of Deligdish Offer Dated April 3, 2017
Date: April 4, 2017 at 10:30:21 PM EDT
To: Michael Crosbie <MCrosbie@shutts.com>, "Joe R. Whatley Jr." <jwhatley@whatleykallas.com>, Howard Shams <hshams@parabellumcap.com>, "DProsser@ForThePeople.com" <DProsser@ForThePeople.com>

Gentlemen,

Good evening, I apologize for the hour I just got out of class. The Boone Plaintiffs needed some time to talk. The Boone Plaintiffs have carefully considered Dr. Deligdish's offer, below, from April 3, 2017 and accepted it. Attached please find a draft settlement agreement attached in both Word and PDF formats. Once a settlement is executed, the Boone Plaintiffs have no objection to requesting that Judge Dalton disburse the funds.

Adam

<<Settlement Draft 20170404.pdf>>

### **On Apr 5, 2017, at 19:30, Hamilton Boone <freedoms@reagan.com> wrote:**

**From:** freedoms@reagan.com
**Subject: FW: Fwd: Boone Plaintiffs Acceptance of Deligdish Offer Dated April 3, 2017**
**Date:** April 5, 2017 at 7:30:40 AM EDT
**To:** deligdish@msn.com
**Cc:** <deligdishc@omnihealthcare.com>

> -----Original Message-----
> From: "Adam S. Levine" <aslevine@msn.com>
> Sent: Tuesday, April 4, 2017 9:32pm
> To: "Alex Komar" <akomar1@netscape.net>, "Hamilton Boone" <freedoms@reagan.com>, "Lance and Amy Grenevicki" <lgrenevicki@yahoo.com>
> Subject: Fwd: Boone Plaintiffs Acceptance of Deligdish Offer Dated April 3, 2017
>
> Gentlemen,
> Good evening. Attached please find the email that I sent to Mr. Crosbie, Mr. Whatley, Mr. Shams and Mr. Prosser. Provided they execute the Settlement I will respond to Judge Dalton that we have all settled our issues and that we have no objection to their releasing any funds.
> Adam

### **On Apr 5, 2017, at 19:50, Lance Grenevicki <lgrenevicki@yahoo.com> wrote:**

**From:** L <lgrenevicki@yahoo.com>

**Subject: Accepted settlement**
**Date:** April 5, 2017 at 7:50:49 PM EDT
**To:** Craig Deligdish <deligdish@msn.com>, Adam Levine <aslevine@msn.com>

Sent from Dr G's iPhone

### On Apr 7, 2017, at 9:36, Adam S. Levine <aslevine@msn.com> wrote:

From: Adam S. Levine [mailto:aslevine@msn.com]
Sent: Friday, April 07, 2017 9:36 AM
To: Joe R. Whatley Jr.; Michael D. Crosbie; Howard Shams; dprosser@forthepeople.com
Subject: Omni Settlement

Good morning, I hope you are all well. I haven't heard from you. Do you want me to draft a Notice of Settlement for Judge Dalton and something about distributing the funds?

Adam

### On Apr 7, 2017, at 9:38 AM, Michael D. Crosbie <MCrosbie@shutts.com> wrote:

Adam:

My office is working on an appropriate settlement agreement that spells out all of the required elements. We should not provide notice to the Court until this matter has actually settled, and until the Court enters its order on the amount of attorney fees your clients have to pay. While we work through this, the Omni Plaintiffs will refrain from seeking further sanctions.

Regards,
Mike

### On Apr 7, 2017, at 9:36, Adam S. Levine <aslevine@msn.com> wrote:

From: Adam S. Levine <aslevine@msn.com>
Sent: Friday, April 7, 2017 9:44 AM
To: Michael Crosbie
Cc: Joe R. Whatley Jr.; Howard Shams; dprosser@forthepeople.com
Subject: Re: Omni Settlement

Mike,

Thank you for your response. In the interim, I would appreciate it if Mr. Whatley would provide me with an extension of time to respond to the JAMS Mediation/Arbitration

Demands. Provided we have an agreement, there should be no reason for the Boone Plaintiffs to move forward with Mediation/Arbitration.

Adam

**On Apr 7, 2017, at 10:22 AM, Joe R. Whatley Jr. <jwhatley@whatleykallas.com> wrote:**

I will agree to extend the time for your response for a week on the condition that you agree to the JAMS expedited procedure if everything with respect to your clients is not resolved. We don't want to create any unnecessary work for anyone, but one way or another, this case needs to be put to bed asap. Thanks.

Joe R. Whatley Jr.

**On Apr 7, 2017, at 17:03, Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

From: Michael D. Crosbie
Sent: Friday, April 07, 2017 5:03 PM
To: 'Adam S. Levine'
Cc: 'Joe R. Whatley Jr.'; Deborah Winegard; dprosser@forthepeople.com
Subject: Draft Settlement

Adam:

Attached is a draft copy of the proposed settlement terms. All of my clients have not had a chance to comment, so this remains tentative. Please discuss with your clients and provide me with any comments you or they have.

Regards,
Mike
<15338138_1 (3) edited.docx>

**On Apr 10, 2017, at 15:45, Adam S. Levine <aslevine@msn.com> wrote:**

From: "Adam S. Levine" <aslevine@msn.com>
Subject: Re: Omni Settlement
Date: April 10, 2017 at 3:45:16 PM EDT
To: "Joe R. Whatley Jr." <jwhatley@whatleykallas.com>
Cc: Michael Crosbie <MCrosbie@shutts.com>, Howard Shams <hshams@parabellumcap.com>, "dprosser@forthepeople.com" <dprosser@forthepeople.com>, Deborah Winegard <DWinegard@whatleykallas.com>

Joe,

Thanks but I will respond to JAMS today.

Adam

**On Apr 10, 2017, at 23:36, Adam S. Levine <aslevine@msn.com> wrote:**

From: "Adam S. Levine" <aslevine@msn.com>
Subject: JAMS Response
Date: April 10, 2017 at 11:36:53 PM EDT
To: Meghan Koransky <mkoransky@jamsadr.com>, "jwhatley@whatleykallas.com" <jwhatley@whatleykallas.com>, "dprosser@forthepeople.com" <dprosser@forthepeople.com>, Michael Crosbie <MCrosbie@shutts.com>

Ms. Koransky and Messers Whatley, Prosser, and Crosbie,

Good evening, I hope you are well. Attached please find a Response to the Demand for Mediation/Arbitration from Respondents. Hard copies are being sent by U.S. Mail.

Best wishes,

Adam
<JAMS Response 20170410.pdf>

**On Apr 11, 2017, at 11:37 Meghan Koransky <mkoransky@jamsadr.com>wrote:**

From: Meghan Koransky <mkoransky@jamsadr.com>
Subject: RE: JAMS Response
Date: April 11, 2017 at 11:37:43 AM EDT
To: "'Adam S. Levine'" <aslevine@msn.com>

Thank you.



Meghan Koransky, Esq.
Business Manager

JAMS
1201 West Peachtree Street, NW
Suite 2650
Atlanta, GA 30309
mkoransky@jamsadr.com
Direct Dial: 404-566-2154
Fax: 404-588-0905

JAMS Named Mediation Firm of the

<u>Year</u> in *Who's Who Legal* 2016.

<u>U.S.</u>   <u>International</u> l <u>LinkedIn</u>

**On Apr 11, 2017, at 15:28, Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

Adam:

I have not heard back from you. Do your clients have any comments on the agreement?

Regards,

Mike

**On Apr 11, 2017, at 15:34, Adam S. Levine <aslevine@msn.com> wrote:**

From: "Adam S. Levine" <aslevine@msn.com>
Subject: Re: Draft Settlement
Date: April 11, 2017 at 3:34:38 PM EDT
To: Michael Crosbie <MCrosbie@shutts.com>

Mike,

Actually I was just finishing editing the document you sent, attached. I am not able to talk privately now but am available tomorrow morning to go over the changes they requested.

Adam

**On Apr 14, 2017, at 11:06, Adam S. Levine <aslevine@msn.com> wrote:**

From: "Adam S. Levine" <aslevine@msn.com>
Subject: Omni v Healthfirst
Date: April 14, 2017 at 11:06:37 AM EDT
To: Michael Crosbie <MCrosbie@shutts.com>

Mike,

Good morning, I hope you are well. I haven't heard back from you about the changes I made to the settlement agreement you forwarded. Boone, Grenevicki, and Komar accepted Dr. Deligdish's Email where he offered, "Based on the most recent distribution statement the Boone plaintiffs are due in total $375,000 if you are willing to settle prior to Judge Dalton's order. This would relieve you of the risk of further sanctions, fees and

costs for the work performed by Whatley Kallas dating back to 8/16, the costs of arbitration, the costs related to your non-monetary damages and the responsibility to pay Cohen and Milstein for their charging lien."

Boone, Grenevicki, and Komar accepted Dr. Deligdish's offer before Judge Dalton's ruling As such, they anticipate executing a settlement agreement pursuant to his offer:

1. No further sanctions, fees and costs dating back to 8/16
2. No payment for arbitraton
3. No payment for costs related to non-monetary damages
4. No responsibility to pay Cohen and Milstein.

I believe I modified your agreement to cover the above. I have authority to settle based on the agreement I sent you. Please let me know if it is or is not acceptable.

Best wishes,

Adam

**On Apr 14, 2017, at 11:08, Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

From: "Michael D. Crosbie" <MCrosbie@shutts.com>
Subject: RE: Omni v Healthfirst
Date: April 14, 2017 at 11:08:15 AM EDT
To: "'Adam S. Levine'" <aslevine@msn.com>

Adam:

I left you a message yesterday. Please give me a call to discuss, as your revisions altered the proposal.

Regards,

Mike

**On Apr 17, 2017, at 13:40, Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

From: "Michael D. Crosbie" <MCrosbie@shutts.com>
Subject: RE: Omni v Healthfirst
Date: April 17, 2017 at 1:40:47 PM EDT
To: "'Adam S. Levine'" <aslevine@msn.com>

Cc: "Joe R. Whatley Jr." <jwhatley@whatleykallas.com>, 'Deborah Winegard' <DWinegard@whatleykallas.com>, "dprosser@forthepeople.com" <dprosser@forthepeople.com>

Adam:

I left you another message. Please return my call. I understand that your clients proposed another settlement scenario.

Regards,

Mike

**On Apr 17, 2017, at 13:41, Adam S. Levine <aslevine@msn.com> wrote:**

From: "Adam S. Levine" <aslevine@msn.com>
Subject: Phone call
Date: April 17, 2017 at 1:41:22 PM EDT
To: Michael Crosbie <MCrosbie@shutts.com>

Michael,

I'm on a call that will take about another hour or two. I can call you around 5:15 today or in the morning, whichever works better for you.

Adam

**On Apr 17, 2017, at 13:42, Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

From: "Michael D. Crosbie" <MCrosbie@shutts.com>
Subject: RE: Phone call
Date: April 17, 2017 at 1:42:05 PM EDT
To: "'Adam S. Levine'" <aslevine@msn.com>
Cc: "Joe R. Whatley Jr." <jwhatley@whatleykallas.com>, 'Deborah Winegard' <DWinegard@whatleykallas.com>, "dprosser@forthepeople.com" <dprosser@forthepeople.com>

Either is fine.

**On Apr 18, 2017, at 10:48, Adam S. Levine <aslevine@msn.com> wrote:**

Michael,

I am just getting out from this mornings excitement. What time are you available to talk?

Adam

**On Apr 18, 2017, at 10:49 AM, Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

11:30

Sent from my iPhone

**On Apr 18, 2017, at 10:48, Adam S. Levine <aslevine@msn.com> wrote:**

From: Adam S. Levine [mailto:aslevine@msn.com]
Sent: Tuesday, April 18, 2017 11:30 AM
To: Michael D. Crosbie
Subject: Re: telephone call

Do you want to call me or do you want me to call you? What number?

Adam S. Levine, M.D., J.D.

**On Apr 18, 2017, at 11:30, Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

You can call me at the number below.

**On Apr 18, 2017, at 11:49, Adam S. Levine <aslevine@msn.com> wrote:**

From: "Adam S. Levine" <aslevine@msn.com>
Subject: Re: telephone call
Date: April 18, 2017 at 11:49:09 AM EDT
To: Michael Crosbie <MCrosbie@shutts.com>

Michael thanks for your call. I will pass on what you said to Boone, Grenevicki, and Komar. Their position is that Craig offered $375,000 and that they accepted. The only modifications I made were to the settlement agreement you sent that significantly differed from the one I sent you when we accepted Craig's $375,000.

Boone, Grenevicki, and Komar want me to file a Motion to Compel Settlement with Judge Dalton. Please let me know if that will be necessary.

I have not gotten involved with the issues related to Cohen Milstein because the only documentation I have related to them is an email from Craig stating his legal opinion about any of their future claims -

Adam

**On Apr 19, 2017, at 11:26 Joe R. Whatley Jr. <jwhatley@whatleykallas.com> wrote:**

From: Suzanne Perry York [mailto:syork@whatleykallas.com]
Sent: Wednesday, April 19, 2017 11:26 AM
To: Meghan Koransky <mkoransky@jamsadr.com>
Cc: 'aslevine@msn.com' <aslevine@msn.com>; dprosser@forthepeople.com; mcrosbie@shutts.com; Joe R. Whatley Jr. <jwhatley@whatleykallas.com>; Edith M. Kallas <EKallas@whatleykallas.com>; Deborah Winegard <DWinegard@whatleykallas.com>
Subject: Whatley Kallas, LLP et al. v. C. Hamilton Boon, et al. JAMS Ref. No. 1440005327

Ms. Koransky,

Please find attached correspondence from Joe Whatley regarding the above referenced matter.

Thank you,
Suzanne Perry York

**On Apr 19, 2017, at 11:56 Meghan Koransky <mkoransky@jamsadr.com>wrote:**

From: Meghan Koransky <mkoransky@jamsadr.com>
Subject: RE: Whatley Kallas, LLP et al. v. C. Hamilton Boon, et al. JAMS Ref. No. 1440005327
Date: April 19, 2017 at 11:36:53 AM EDT
To: 'Suzanne Perry York' <syork@whatleykallas.com>
Cc: "'aslevine@msn.com'" <aslevine@msn.com>, "dprosser@forthepeople.com" <dprosser@forthepeople.com>, "mcrosbie@shutts.com" <mcrosbie@shutts.com>, "Joe R. Whatley Jr." <jwhatley@whatleykallas.com>, "Edith M. Kallas" <EKallas@whatleykallas.com>, Deborah Winegard <DWinegard@whatleykallas.com>

Thank you. To schedule a mediation, I need for both sides to jointly confirm which mediator they wish to use, and to provide a few dates that work for both sides.

Once we nail down the specifics, I will set up an organizational call with the mediator.

All the best,

Meghan

**On Apr 19, 2017, at 16:19 Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

Adam:

I left you a message approximately an hour ago. Please call me back at your earliest convenience.

Regards,

Mike

**On Apr 19, 2017, at 18:31 Joe R. Whatley Jr. <jwhatley@whatleykallas.com> wrote:**

Adam and Mike

We are making this notice under section 5(d) of the Escrow Agreement. We have sent Judge Dalton's Order of today to Huntington Bank and instructed it to comply with the Order. I will also provide the certifications that Judge Dalton has ordered.

Let me know if you have any questions.

Joe R. Whatley Jr.

**On Apr 19, 2017, at 20:57, Adam S. Levine <aslevine@msn.com> wrote:**

Mike,

I'm in Court most of tomorrow morning and early afternoon. I will call you as soon as I get out.

Adam

**On Apr 19, 2017, at 21:01, Adam S. Levine <aslevine@msn.com> wrote:**

Joe,

It is Boone, Grenevicki, and Komar's position that they've settled with Dr. Deligdish pursuant to his email and we are only trying to work out the settlement agreement's

verbiage with him. As part of that settlement, we will be assigning all of our interests in the case to him. If we cannot reach an agreement on the verbiage, I plan to file a Motion to Compel Settlement pursuant to the terms of Dr. Deligdish's written offer that we accepted, in writing, with Judge Dalton.

Adam

**On Apr 19, 2017, at 21:02 Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

Adam:

Your credibility with the Court and with counsel is pretty low. I'm a 22 year lawyer but find time to return calls promptly. I can't imagine a circumstance where you schedule is fuller than mine. The OMNI plaintiffs intend to seek further sanctions unless this case gets resolved informally. If you and your clients want to advance yet another specious argument to the Court, that's your choice. I'm trying to reach an accord that provides your clients with something other than sanctions and a net loss. So I need you to provide me with a time certain for a call tomorrow.

Sent from my iPad

**On Apr 19, 2017, at 21:06 Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

Adam,

As I explained to you yesterday, the parties have not agreed on the material terms. Your recent e-mail to me, where you indicated you were authorized to reach a settlement, undermines your claims. Your attempts to assign your clients' future liabilities to mine indicate that you were still negotiating material terms. In short, you and your clients have no credibility with the Court precisely because of this sort of nonsense. If you persist, we will seek additional sanctions. Or supplement the pending motion for sanctions that the Court mentioned in today's order. Please return my phone call so we can discuss settlement terms if, after today's order, you continue to represent the Boone plaintiffs.

Sent from my iPad

**On Apr 19, 2017, at 21:10 Adam S. Levine <aslevine@msn.com> wrote:**

Michael,

I believe I just received an email from you that said you were out and had limited availability? In any case, I should be out at 4:30 tomorrow afternoon and will call you

then. I apologize if your imagination is so limited that you believe I cannot immediately answer my phone anytime you call - your system must be much better than mine.

Adam

### On Apr 19, 2017, at 21:11 Adam S. Levine <aslevine@msn.com> wrote:

From: "Adam S. Levine" <aslevine@msn.com>
Subject: Re: Judge Dalton's Order
Date: April 19, 2017 at 9:11:35 PM EDT
To: Michael Crosbie <MCrosbie@shutts.com>
Cc: "Joe R. Whatley Jr." <jwhatley@whatleykallas.com>, "Howard M. Miles" <hmiles@whatleykallas.com>, Deborah Winegard <DWinegard@whatleykallas.com>, "dprosser@forthepeople.com" <dprosser@forthepeople.com>

Michael,

As I wrote in my last E-mail to you, I will call you at 4:30 tomorrow.

Adam

### On Apr 19, 2017, at 21:22  Michael D. Crosbie <MCrosbie@shutts.com> wrote:

Adam,

You've distinguished yourself by advancing baseless arguments, blowing deadlines, ignoring calls from counsel, and failing to appreciate the simplest legal principles. I'm not available at 4:30 tomorrow but am free between 1:30 and 3:45. If Judge Dalton hasn't referred you to the Bar before tomorrow afternoon, please respond to my multiple messages and e-mails by phone.

Sent from my iPad

### On Apr 20, 2017, at 09:27  Michael D. Crosbie <MCrosbie@shutts.com> wrote:

Adam:

Attached is the updated settlement proposal. I believe it is in your and your clients' best interest to resolve this promptly. So we need to have this executed by the Boone plaintiffs by close of business today.

Mike

Attachment Crosbie 20170420 <15357211_1.docx>

### On Apr 20, 2017, at 21:07 Adam S. Levine <aslevine@msn.com> wrote:

From: "Adam S. Levine" <aslevine@msn.com>
Subject: Re: Revised Settlement Agreement
Date: April 20, 2017 at 9:06:56 PM EDT
To: Michael Crosbie <MCrosbie@shutts.com>

Michael,

I called you today and left two telephone messages for you at 4:30. I just finished with an administrative hearing that began at 9 this morning and am only now getting to my E-mail from today. I did speak with my clients last night who again emphasized that they accepted Dr. Deligdish's offer to them that included the payment of $375,000.00. I will review the attached, discuss it with my clients, and try to call you again tomorrow.

Adam

### On Apr 20, 2017, at 21:07, Michael D. Crosbie <MCrosbie@shutts.com> wrote:

From: "Michael D. Crosbie" <MCrosbie@shutts.com>
Subject: Re: Revised Settlement Agreement
Date: April 20, 2017 at 9:18:38 PM EDT
To: "Adam S. Levine" <aslevine@msn.com>

Adam, I told you yesterday that I was not available for your staged call. Please call me in the morning. But recognize that because of your buffoonery the settlement offer may be withdrawn. I'm sure judge Dalton would love to hear from you again.

Michael Crosbie
Shutts & Bowen

### On Apr 20, 2017, at 23:16 Adam S. Levine <aslevine@msn.com> wrote:

Michael,

My clients accepted Dr. Deligdish's offer of $375,000.00 not any lesser amount.

Adam


### On Apr 27, 2017, at 4:22, Michael D. Crosbie <MCrosbie@shutts.com> wrote:

Adam:

You have not responded to our revisions to the settlement proposal. Do your clients intend to resolve this matter or not?

If not, your clients should have invoked the dispute resolution mechanism provided by the Court. If they will not, my clients will. They would propose using a different, less expensive mediator. If your clients don't want to settle now, will they agree to selecting a new mediator?

Please respond before close of business tomorrow.

Mike

> **On Apr 27, 2017, at 19:12, Adam S. Levine <aslevine@msn.com> wrote:**

Michael,

I apologize, I thought I was clear in that the Boone Plaintiffs did not accept any reduction of Dr. Deligdish's offer. In fact they have requested that I submit the attached Motion to Enforce Settlement to the Court. I've brought this matter up several times and imagine that you still oppose it. However, I am asking a final time before I submit this to the Court.

Adam

> **On Apr 27, 2017, at 19:37, Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

Adam,

Let me explain a few things. First, sending an e-mail ultimatum doesn't constitute a 3.01g conference. Second, are you really going to include evidence of your failure to confer and remind the Court of how credible you and your clients are? Third, if you file a baseless motion, you know the OMNI plaintiffs are going to seek further sanctions. I've done this long enough to know that you are going to lose again. If you want to discuss, you need to return my calls. You and your clients can still resolve this without sanctions and the risk of disciplinary action.

Mike

> **On Apr 27, 2017, at 21:59, craig deligdish <deligdishc@omnihealthcare.com> wrote:**

**From:** craig deligdish <deligdishc@omnihealthcare.com>
**Date:** April 27, 2017 at 9:59:09 PM EDT
**To:** Lance Grenevicki <lgrenevicki@yahoo.com>, "Alex Komar, MD" <akomar1@netscape.net>, Hamilton Boone <freedoms@reagan.com>
**Subject: Omni**

You can't be serious?

### On Apr 28, 2017, at 7:11, Adam S. Levine <aslevine@msn.com> wrote:

Michael

Let me be clear. First your explanations and accusations are not helpful. In point of fact, the last two phone calls exchanged between us were made by me. I have all my phone records. And, it appears that I've called you far more frequently than you've called me. And, while I've kept my personal opinions to myself, you have used your email correspondence to make a variety of accusations, that I have not felt deserve any kind of response; the emails speak for themselves. Regardless, the Boone Plaintiffs wish to be finished. They accepted Dr. Deligdish's April 3 Offer.Since you have been unable to draft language in a written agreement that matches Dr. Deligdish's Offer, since you have been unwilling to accept what I have drafted or edited, and since it appears that you wish to now change the material terms of the accepted April 3, Offer, the Boone Plaintiffs now intend to ask Judge Dalton to once again look at the emails and enter an Order. The purpose of the conference is to determine if we can resolve our issues. While I do not believe that is possible, while I believe you have mischaracterized my telephonic communications with you, and while I fully expect much of the same on the phone with you, I will be happy to call you again this morning before I file the Motion I sent last night. I will call you at 8:30 before I begin what will likely be another long day.

Adam

### On Apr 28, 2017, at 8:39, Adam S. Levine <aslevine@msn.com> wrote:

Mr. Crosbie,

Thank you for taking my call. As I said, if you would like to resolve the matter without my having to file a Motion to Enforce Settlement, the Boone Plaintiffs agreed to the plain terms of Dr. Deligdish's April 3, 2017 Email. They are willing to execute a settlement to that effect. They are not willing to agree to any lesser or additional terms. They are requiring that either we settle today or I file something on their behalf today.

Additionally, I understand your need to bring it up each time there is any communication between us. But this matter is not about me. In point of fact, I have responded each and

every time someone contacted me. Unfortunately, in most cases that individual has not liked the response from my clients. I have complied with all Court Orders. And I will gladly share my phone and E-mail records with the Court where it is patently evident that I have in fact been responsive.

Adam

**On Apr 28, 2017, at 5:50, Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

Adam,

I haven't been able to discuss with three of my clients yet today. Can we agree to Monday for the date to settle or move for relief?

Michael Crosbie

**On Apr 28, 2017, at 18:11, Adam S. Levine <aslevine@msn.com> wrote:**

Michael,

Good afternoon. I just saw that you called. I'm still in a meeting and can't walk out at the moment. There should be a dinner break in about 15 minutes. I will check with my clients. However, I anticipate their saying absolutely not because they know, as do I from Dr. Deligdish's prior statements that all the others signed written agreements giving Dr. Deligdish control of this case.

Nevertheless, I will call you as soon as we break for dinner.

Adam

**On Apr 28, 2017, at 18:11, Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

**From:** "Michael D. Crosbie" <MCrosbie@shutts.com>
**Subject: Out of Office: Telephone Follow-up**
**Date:** April 28, 2017 at 6:11:30 PM EDT
**To:** "Adam S. Levine" <aslevine@msn.com>

I am out of the office with limited access to e-mail. I will respond as soon as I am able. If you need immediate assistance, please call my assistant Bonnie Pearson at 407-835-6786 or email her at bpearson@shutts.com.

**On Apr 28, 2017, at 18:16, Michael D. Crosbie <MCrosbie@shutts.com> wrote:**

Call my cell. 407.616.8526

Michael Crosbie

**On Apr 28, 2017, at 18:20 , craig deligdish <Deligdish@msn.com> wrote:**

From: freedoms@reagan.com
Subject: Fw: Omni Healthcare Inc. et al v. Health First, Inc. et al/7598-0000/FW: Activity in Case 6:13-cv-01509-RBD-DCI/389-Rpy to Response
Date: April 28, 2017 at 6:20:42 PM EDT
To: "Adam Levine" <aslevine@msn.com>, "Lance FACS" <lgrenevicki@yahoo.com>, "Alec Komar" <akomar1@netscape.net>

-----Original Message-----
From: "craig deligdish" <Deligdish@msn.com>
Sent: Friday, April 28, 2017 5:16pm
To: "Alex Komar, MD" <akomar1@netscape.net>, "Hamilton Boone" <freedoms@reagan.com>, "Lance Grenevicki" <lgrenevicki@yahoo.com>
Subject: Fw: Omni Healthcare Inc. et al v. Health First, Inc. et al/7598-0000/FW: Activity in Case 6:13-cv-01509-RBD-DCI/389-Rpy to Response

Don't know if you have had a chance to see today's court filing.

If you want to relieve yourself of this liability, you have the ability to do so.

If you want to get back in front of Judge Dalton, with another irrational argument, you can do that too.