# Demand for Arbitration Form

Instructions for Submittal of Arbitration to JAMS

## INSTRUCTIONS

Please submit this form to your local JAMS Resolution Center. Once the below items are received, a JAMS professional will contact all parties to commence and coordinate the arbitration process, including the appointment of an arbitrator and scheduling a hearing date.

📞 1-800-352-JAMS
🖥 www.jamsadr.com

If you wish to proceed with an arbitration by executing and serving a Demand for Arbitration on the appropriate party, please submit the following items to JAMS with the requested number of copies:

**A. Demand for Arbitration** *(2 copies)*

**B. Proof of service of the Demand on the appropriate party** *(2 copies)*

**C. Entire contract containing the arbitration clause** *(2 copies)*
- *To the extent there are any court orders or stipulations relevant to this arbitration demand, e.g. an order compelling arbitration, please also include two copies.*

**D. Initial non-refundable filing fee**
- *For two-party matters, the filing fee is $1,200. For matters involving three or more parties, the filing fee is $2,000.* **The entire filing fee must be paid in full to expedite the commencement of the proceedings.** *Thereafter, a Case Management Fee of 12% will be assessed against all Professional Fees, including time spent for hearings, pre- and post-hearing reading and research and award preparation. For matters involving consumers, the consumer is only required to pay $250. See JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses. For matters based on a clause or agreement that is required as a condition of employment, the employee is only required to pay $400. See JAMS Policy on Employment Arbitrations, Minimum Standards of Fairness.*

- *A refund of $600 will be issued if the matter is withdrawn within five days of filing. After five days, the filing fee is non-refundable.*

**Once completed, please submit to your local JAMS Resolution Center.**
*Resolution Center locations can be found on the JAMS website at: http://www.jamsadr.com/locations/.*



# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

## TO RESPONDENT (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

Add more respondents on **page 6**.

- **RESPONDENT NAME:** C. Hamilton Boone
- **ADDRESS:** c/o Adam S. Levine 1180 Gulf Boulevard, Suite 303
- **CITY:** Clearwater **STATE:** FL **ZIP:** 33767
- **PHONE:** 727-512-1969 **FAX:** 866-242-4946 **EMAIL:** aslevine@msn.com

### RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

- **REPRESENTATIVE/ATTORNEY:** Adam S. Levine
- **FIRM/COMPANY:** The Florida Legal Advocacy Group of Tampa Bay
- **ADDRESS:** 1180 Gulf Boulevard, Suite 303
- **CITY:** Clearwater **STATE:** FL **ZIP:** 33767
- **PHONE:** 727-512-1969 **FAX:** 866-242-4946 **EMAIL:** aslevine@msn.com

## FROM CLAIMANT

Add more claimants on **page 7**.

- **CLAIMANT NAME:** Whatley Kallas, LLP
- **ADDRESS:** 2001 Park Place North, Suite 1000
- **CITY:** Birmingham **STATE:** AL **ZIP:** 35203
- **PHONE:** 205-488-1200 **FAX:** 800-922-4851 **EMAIL:** jwhatley@whatleykallas.com

### CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

- **REPRESENTATIVE/ATTORNEY:** Joe R. Whatley, Jr.
- **FIRM/COMPANY:** Whatley Kallas, LLP
- **ADDRESS:** 2001 Park Place North, Suite 1000
- **CITY:** Birmingham **STATE:** AL **ZIP:** 35203
- **PHONE:** 205-488-1200 **FAX:** 800-922-4851 **EMAIL:** jwhatley@whatleykallas.com

# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

## MEDIATION IN ADVANCE OF THE ARBITRATION

☑ If mediation in advance of the arbitration is desired, please check here and a JAMS Case Manager will assist the parties in coordinating a mediation session.

## NATURE OF DISPUTE / CLAIMS & RELIEF SOUGHT BY CLAIMANT

CLAIMANT HEREBY DEMANDS THAT YOU SUBMIT THE FOLLOWING DISPUTE TO FINAL AND BINDING ARBITRATION.
A MORE DETAILED STATEMENT OF CLAIMS MAY BE ATTACHED IF NEEDED.

See attached.

AMOUNT IN CONTROVERSY (US DOLLARS)   $32,000,000.00

Case 6:13-cv-01509-RBD-DCI    Document 390-2    Filed 04/28/17    Page 4 of 9 PageID 19186



# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

## ARBITRATION AGREEMENT

This demand is made pursuant to the arbitration agreement which the parties made as follows. **Please cite location of arbitration provision and attach <u>two copies</u> of entire agreement.**

**ARBITRATION PROVISION LOCATION**

Section 10(c)

## RESPONSE

The respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. **Send the original response and counter-claim to the claimant at the address stated above with <u>two copies</u> to JAMS.**

## REQUEST FOR HEARING

**REQUESTED LOCATION**    Atlanta, GA

## ELECTION FOR EXPEDITED PROCEDURES (IF COMPREHENSIVE RULES APPLY)

*See:* **Comprehensive Rule 16.1**

 By checking the box to the left, Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than seven (7) days from the date this Demand is served whether it agrees to the Expedited Procedures.

## SUBMISSION INFORMATION

**SIGNATURE** *[signature]*    **DATE** March 22, 2017

**NAME (PRINT/TYPED)** Joe R. Whatley, Jr.

JAMS Demand for Arbitration Form    Page 4 of 7

Exhibit A: Whatley Kallas Demand for Arbitration    004

# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

Completion of this section is <u>required for all consumer or employment claims</u>.

## CONSUMER AND EMPLOYMENT ARBITRATION

Please indicate if this is a CONSUMER ARBITRATION. For purposes of this designation, and whether this case will be administered in California or elsewhere, JAMS is guided by *California Rules of Court Ethics Standards for Neutral Arbitrators, Standard 2(d) and (e)*, as defined below, and the JAMS Consumer and Employment Minimum Standards of Procedural Fairness:

☐ <u>**YES**</u>, this **is** a CONSUMER ARBITRATION.

☑ <u>**NO**</u>, this **is not** a CONSUMER ARBITRATION.

"Consumer arbitration" means an arbitration conducted under a pre-dispute arbitration provision contained in a contract that meets the criteria listed in paragraphs (1) through (3) below. "Consumer arbitration" excludes arbitration proceedings conducted under or arising out of public or private sector labor-relations laws, regulations, charter provisions, ordinances, statutes, or agreements.

1. The contract is with a consumer party, as defined in these standards;
2. The contract was drafted by or on behalf of the non-consumer party; and
3. The consumer party was required to accept the arbitration provision in the contract.

"Consumer party" is a party to an arbitration agreement who, in the context of that arbitration agreement, is any of the following:

1. An individual who seeks or acquires, including by lease, any goods or services primarily for personal, family, or household purposes including, but not limited to, financial services, insurance, and other goods and services as defined in section 1761 of the Civil Code;
2. An individual who is an enrollee, a subscriber, or insured in a health-care service plan within the meaning of section 1345 of the Health and Safety Code or health-care insurance plan within the meaning of section 106 of the Insurance Code;
3. An individual with a medical malpractice claim that is subject to the arbitration agreement; or
4. An employee or an applicant for employment in a dispute arising out of or relating to the employee's employment or the applicant's prospective employment that is subject to the arbitration agreement.

In addition, JAMS is guided by its Consumer Minimum Standards and Employment Minimum Standards when determining whether a matter is a consumer matter.

**If Respondent disagrees with the assertion of Claimant regarding whether this IS or IS NOT a CONSUMER ARBITRATION, Respondent should communicate this objection in writing to the JAMS Case Manager and Claimant within seven (7) calendar days of service of the Demand for Arbitration.**

## EMPLOYMENT MATTERS
**If this is an EMPLOYMENT matter, Claimant must complete the following information:**

Private arbitration companies are required to collect and publish certain information at least quarterly, and make it available to the public in a computer-searchable format. In employment cases, this includes the amount of the employee's annual wage. The employee's name will not appear in the database, but the employer's name will be published. Please check the applicable box below:

☐ Less than $100,000    ☐ $100,000 to $250,000    ☐ More than $250,000    ☐ Decline to State

## WAIVER OF ARBITRATION FEES
**In certain states (e.g. California), the law provides that consumers (as defined above) with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of the arbitration fees.** In those cases, the respondent must pay 100% of the fees. Consumers must submit a declaration under oath stating the consumer's monthly income and the number of persons living in his or her household. Please contact JAMS at 1-800-352-5267 for further information. Note: this requirement is not applicable in all states.



# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

## RESPONDENT #2 (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

| | |
|---|---|
| RESPONDENT NAME | Lance Grenevicki, M.D. |
| ADDRESS | c/o Adam S. Levine 1180 Gulf Boulevard, Suite 303 |
| CITY | Clearwater |
| STATE | FL |
| ZIP | 33767 |
| PHONE | 727-512-1969 |
| FAX | 866-242-4946 |
| EMAIL | aslevine@msn.com |

RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Adam S. Levine |
| FIRM/COMPANY | The Florida Legal Advocacy Group of Tampa Bay |
| ADDRESS | 1180 Gulf Boulevard, Suite 303 |
| CITY | Clearwater |
| STATE | FL |
| ZIP | 33767 |
| PHONE | 727-512-1969 |
| FAX | 866-242-4946 |
| EMAIL | aslevine@msn.com |

## RESPONDENT #3 (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)

| | |
|---|---|
| RESPONDENT NAME | Aleksander Komar, MD |
| ADDRESS | c/o Adam S. Levine 1180 Gulf Boulevard, Suite 303 |
| CITY | Clearwater |
| STATE | FL |
| ZIP | 33767 |
| PHONE | 727-512-1969 |
| FAX | 866-242-4946 |
| EMAIL | aslevine@msn.com |

RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | Adam S. Levine |
| FIRM/COMPANY | The Florida Legal Advocacy Group of Tampa Bay |
| ADDRESS | 1180 Gulf Boulevard, Suite 303 |
| CITY | Clearwater |
| STATE | FL |
| ZIP | 33767 |
| PHONE | 727-512-1969 |
| FAX | 866-242-4946 |
| EMAIL | aslevine@msn.com |

Please see Attachment A for additional Respondents



# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

## CLAIMANT #2

| | |
|---|---|
| **CLAIMANT NAME** | Morgan & Morgan P.A. |
| **ADDRESS** | 20 N. Orange Avenue, 16th Floor |
| **CITY** | Orlando     **STATE** FL     **ZIP** 32802-4979 |
| **PHONE** | 407-420-1414   **FAX** 407-425-8171   **EMAIL** dprosser@forthepeople.com |

**CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)**

| | |
|---|---|
| **REPRESENTATIVE/ATTORNEY** | Damien Prosser |
| **FIRM/COMPANY** | Morgan & Morgan, P.A. |
| **ADDRESS** | 20 N. Orange Avenue, 16th Floor |
| **CITY** | Orlando     **STATE** FL     **ZIP** 32802-4979 |
| **PHONE** | 407-420-1414   **FAX** 407-425-8171   **EMAIL** dprosser@forthepeople.com |

## CLAIMANT #3

| | |
|---|---|
| **CLAIMANT NAME** | |
| **ADDRESS** | |
| **CITY** | **STATE** **ZIP** |
| **PHONE** | **FAX** **EMAIL** |

**CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)**

| | |
|---|---|
| **REPRESENTATIVE/ATTORNEY** | |
| **FIRM/COMPANY** | |
| **ADDRESS** | |
| **CITY** | **STATE** **ZIP** |
| **PHONE** | **FAX** **EMAIL** |

# ATTACHMENT A

**Additional Respondents:**

The Institute for Facial Surgery, Inc.
c/o Adam S. Levine
1180 Gulf Boulevard, Suite 303
Clearwater, FL  33767
Phone:  727-512-1969
Fax:  866-242-4946
Email: aslevine@msn.com

Physician Assistant Services of Florida, LLC
c/o Adam S. Levine
1180 Gulf Boulevard, Suite 303
Clearwater, FL  33767
Phone:  727-512-1969
Fax:  866-242-4946
Email: aslevine@msn.com

Omni Healthcare, Inc.
c/o Michael Crosbie
Shutts & Bowen
300 South Orange Avenue, Suite 1000
Orlando, FL  32801

Craig Deligdish, M.D.
c/o Michael Crosbie
Shutts & Bowen
300 South Orange Avenue, Suite 1000
Orlando, FL  32801

Scott Seminer, M.D.
c/o Michael Crosbie
Shutts & Bowen
300 South Orange Avenue, Suite 1000
Orlando, FL  32801

Brian Dowdell, M.D.
c/o Michael Crosbie
Shutts & Bowen
300 South Orange Avenue, Suite 1000
Orlando, FL  32801

Interventional Spine Institute of Florida
c/o Michael Crosbie
Shutts & Bowen
300 South Orange Avenue, Suite 1000
Orlando, FL  32801

Richard Gayles, M.D.
c/o Michael Crosbie
Shutts & Bowen
300 South Orange Avenue, Suite 1000
Orlando, FL  32801

Stanley Golovac, M.D.
c/o Michael Crosbie
Shutts & Bowen
300 South Orange Avenue, Suite 1000
Orlando, FL  32801

The Pain Institute d/b/a Florida Pain
c/o Michael Crosbie
Shutts & Bowen
300 South Orange Avenue, Suite 1000
Orlando, FL  32801