**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

OMNI HEALTHCARE, INC., *et. al.,*

    Plaintiffs,                                                  Case No.: 6:13-cv-1509-ORL-37DCI

v.

HEALTH FIRST, INC., *et. al.,*

    Defendants.
_____/

## MOTION FOR FINAL DISTRIBUTION

On December 21, 2016, this Court issued an Order [Doc. 356], that prohibited the escrow agent holding the settlement proceeds from distribution "until the Court orders otherwise." In light of that Order of the Court [Doc. 421], there are no competing claims to the monies being held. Accordingly, the undersigned requests the Court enter an order, directing the escrow agent to transfer all funds being held to Whatley Kallas, LLP, for further distribution to the appropriate recipient and releasing the escrow agent of any further obligations.

Dated: April 12, 2018                          Respectfully submitted,

                                                          */s/ Joe R. Whatley, Jr.*
                                                          **WHATLEY KALLAS, LLP**
                                                          Joe R. Whatley, Jr. (admitted *pro hac vice*)
                                                          Edith M. Kallas (admitted *pro hac vice*)
                                                          1180 Avenue of the Americas, 20th Floor
                                                          New York, NY 10036
                                                          Tel: (212) 447-7060
                                                          Fax: (800) 922-4851
                                                          Email: jwhatley@whatleykallas.com
                                                          Email: ekallas@whatleykallas.com

>Deborah J. Winegard
>(admitted *pro hac vice*)
>1068 Virginia Avenue, NE
>Atlanta, GA 30306
>Tel: (404) 607-8222
>Fax: (404) 220-9625
>Email: dwinegard@whatleykallas.com

## CERTIFICATE OF CONFERENCE

Counsel for Movant has not contacted opposing counsel regarding this Motion, as all parties, except for Cohen Milstein, have previously settled: Pursuant to the terms of the settlements, all parties have disclaimed any interest in the remaining settlement proceeds maintained by the Escrow Agent. The referenced Order addresses the claim of Cohen Milstein.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Joe R. Whatley, Jr.*